IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01260-RPM

MARY WILSON,

 Plaintiff,
v.

BRADLEY PETROLEUM, INC., a Colorado corporation,

 Defendant.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

 Pursuant to D.C.COLO.LCivR 16, it is

 ORDERED that a scheduling conference will be held on **September 26, 2012, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on September 20, 2012.**  The conference is conducted with lead counsel present in person.  No parties or representatives of parties will be permitted to attend.

 DATED:  August 22nd, 2012

             BY THE COURT:

             s/Richard P. Matsch
             _____
             Richard P. Matsch, Senior Judge