## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                      August 22, 2013
Courtroom Deputy:          J. Chris Smith
FTR Technician:            Kathy Terasaki

_____

Civil Action No. 12-cv-01260-RPM

MARY WILSON,                                              Adam N. Balach

      Plaintiff,

v.

BRADLEY PETROLEUM, INC.,                                  Danielle V. Wiletsky
                                                          William R. Rapson

      Defendant.
_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**10:47 a.m.**      **Court in session.**

Court's preliminary remarks.

Argument by Mr. Balach.

Argument by Ms. Wiletsky.

Further argument by Mr. Balach.

**ORDERED:**   Defendant's Motion for Summary Judgment [19], is granted and a written order will be entered.

**11:11 a.m.**      **Court in recess.**

Hearing concluded. Total time: 24 min.