IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01260-RPM

MARY WILSON,

    Plaintiff,

v.

BRADLEY PETROLEUM, INC., a Colorado corporation,

    Defendant.

_____

## JUDGMENT
_____

Pursuant to the Memorandum Opinion and Order by Senior District Judge Richard P. Matsch, entered August 2, 2013, it is

ORDERED that Defendant's Motion for Summary judgment is granted.  It is

FURTHER ORDERED that judgment is entered in favor of Defendant Bradley Petroleum, Inc. dismissing all of Plaintiff Mary Wilson's claims.  It is

FURTHER ORDERED that Defendant Bradley Petroleum shall have its costs by the filing of a bill of cost with the Clerk of this court within 14 days of entry of this judgment.  It is

FURTHER ORDERED that the Complaint and this civil action are dismissed.

DATED:   August 23rd, 2013

                                          FOR THE COURT:
                                          Jeffrey P. Colwell, Clerk


                                          s/J. Chris Smith
                                       By _____
                                               Deputy Clerk