IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01260-RPM

MARY WILSON,

    Plaintiff,

v.

BRADLEY PETROLEUM, INC., a Colorado corporation,

    Defendant.

_____

ORDER AWARDING ATTORNEY FEES
_____

Judgment for the defendant, Bradley Petroleum, Inc., was entered on August 23, 2013, pursuant to this Court's Memorandum Opinion and Order entered on that day.  Pursuant to the fee shifting provision in 42 U.S.C. § 2000e-5(k) Bradley Petroleum filed a motion for an award of $36,902 as fees paid to its attorneys for obtaining that result. (Doc. 27).  The plaintiff filed her response on October 11, 2013 (Doc. 32) and the defendant replied on October 23, 2013.  (Doc. 33).

This is one of the few cases under Title VII where an award is justified because of the failure of the plaintiff to provide any plausible factual support for her claims as identified in the Memorandum Opinion and Order.  The Court questioned plaintiff's counsel about the basis for these claims at the Scheduling Conference on September 26, 2012 and suggested a re-evaluation of the case.  While the filing of the complaint may have been warranted from whatever information plaintiff's counsel may have had at that time, it should have been apparent before the filing of defendant's dispositive motion that the brief, isolated incident with Rick Scholl would not support a claim of a hostile sexual environment and that the plaintiff's own conduct defeated her clam of constructive discharge.  The continued pursuit of the plaintiff's multiple

claims was frivolous and groundless after discovery was completed. The amount of the requested fee has not been contested. Upon the foregoing, it is

ORDERED, that Bradley Petroleum, Inc., shall have and recover from the plaintiff, Mary Wilson, the amount of $36,902 as a reasonable attorney's fee for services in seeking summary judgment.

DATED: October 29th, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge