IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01260-RPM

MARY WILSON,

      Plaintiff,

v.

BRADLEY PETROLEUM, INC., a Colorado corporation,

      Defendant.

_____

## JUDGMENT
_____

      Pursuant to the Order Awarding Attorney Fees entered by Senior Judge Richard P. Matsch on October 29, 2013, it is

      ORDERED AND ADJUDGED that Defendant Bradley Petroleum, Inc., shall recover from Plaintiff Mary Wilson, the sum of $36,902.00 as a reasonable attorney's fee.

      DATED: October 29, 2013

                            FOR THE COURT:

                            JEFFREY P. COLWELL, Clerk

                                s/M. V. Wentz
                          By_____
                                Deputy